| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Friedman, Daniel M | 2. Court or Organization U.S. Court of Appeals Fed. Cir | 3. Date of Report 5/12/2005 |

4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)

Senior Circuit Judge

5. ReportType (check appropriate type)

○ Nomination, Date

○ Initial ◉ Annual ○ Final

6. Reporting Period

1/1/2004
to
12/31/2004

7. Chambers or Office Address

717 Madison Place, N.W.

Washington, D.C. 20439

8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only, see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 13 P 12: 35 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions.)

A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. Federal Circuit Bar Association | June 25-28, 2004, Colorado Springs, CO. Bench and Bar Conference (Transportation, meals, registration and lodging paid directly by FCBA) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Daniel M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  AT&T | A | Dividend | J | T | | | | | |
| 2.  Riggs Bank Money Market Fund | C | Interest | L | T | | | | | |
| 3.  GTE (Stock) | A | Dividend | J | T | | | | | |
| 4.  Jefferson Pilot (Stock) | B | Dividend | J | T | | | | | |
| 5.  The One Group Tax Free Money Market Fund | B | Dividend | L | T | | | | | |
| 6.  Mutual Municipal Bond Fund | A | Interest | L | T | | | | | |
| 7.  Bell South (Stock) | A | Dividend | K | T | | | | | |
| 8.  SBC Communications (Stock) | B | Dividend | K | T | | | | | |
| 9.  Riggs Bank Money Market | C | Interest | M | T | | | | | |
| 10. Smith Barney Money Market | C | Dividend | M | T | | | | | |
| 11. Royal Dutch Petr. (Stock) | A | Dividend | J | T | | | | | |
| 12. Edgartown Nat'l Bank, Edgartown, MA (Money Market) | A | Interest | J | T | | | | | |
| 13. Bristol Myers Squibb (Stock) | A | Dividend | J | T | | | | | |
| 14. Lucent Technologies (Stock) | | | J | T | | | | | |
| 15. Vanguard European Stock Index Fund | A | Dividend | J | T | | | | | |
| 16. Vanguard Value Index Fund Investor Shares | A | Dividend | J | T | | | | | |
| 17. Vodafone Air Touch | A | Dividend | K | T | | | | | |
| 18. Verizon (Stock) | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$6,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Daniel M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-E) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q.W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Pfizer (Stock) | B | Dividend | M | T | | | | | |
| 20. Sun Trust Bank (Money Market) | A | Interest | M | T | | | | | |
| 21. Quest Communications (Stock) | · | | J | T | | | | | |
| 22. Fed. Home Loan Bank (Bonds) | F | Interest | O | T | | | | | |
| 23. Progress Energy (Stock) | B | Dividend | K | T | | | | | |
| 24. Zimmer Holdings (Stock) See VIII | | | | | Sell | 2003 | J | A | |
| 25. AT&T Wireless (Stock) | | | | | Sell | 12/03 | J | A | |
| 26. Fifth Third BanCorp (Stock) | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$6,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Friedman, Daniel M | 5/12/2005 |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

The stock shown on line 24 of Section VII, Zimmer Holdings, was owned by ▮▮▮▮▮▮▮▮ and held by me as her personal representative. It was sold on March 12, 2003, and the sale should have been included in my 2003 report.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Friedman, Daniel M | 5/12/2005 |

VIII  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _May 12, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544